Catherine Hagmayer v. Novelty Stamp Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Angus K. Nicholson and Others v. Charles S. Sprague and Others.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Equitable Trust Company of New York v. John E. Bessling.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Dime Savings Bank of Brooklyn v. Louise C. Butler.— Motion for leave to appeal granted; question certified. Motion for continuation of time to answer denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

S. Albert Lowenstein v. Lulu Koch.— Motion for leave to appeal granted; question certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Champe S. Andrews v. New York Times Company.— Motion for leave to appeal denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

German American Coffee Company v. John O'Neil.— Motion for leave to appeal granted; questions certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ida Cohen, Suing, etc., v. Illinois Surety Company.— Motion granted; questions to be settled on settlement of order. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Giuseppe Sciaballa, Suing, etc., v. Illinois Surety Company.— Motion granted; questions to be settled on settlement of order. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Julia M. C. Lawrence v. Charles E. Littlefield and Others.— Motion granted; question certified. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Rae Clarke v. J. Howard Taylor.— Motion for leave to appeal denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edgar S. Appleby and Others v. The City of New York.— Motion denied, with ten dollars costs. See memorandum per curiam. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.